UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Daniel Scott, 23B5051,

Plaintiff(s),

v.

Daniel F. Martuscello III
Commissioner of Corrections
Edward Burnett, Supt.
Ms. Healy, Medical Director

Defendant(s).

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 2 2 2024
AT____O'CLOCK
John M. Domurad, Clerk - Syracuse

COMPLAINT
(Pro Se Prisoner)

Case No. 9:24-1032
(Assigned by Clerk's Office upon filing)

Jury Demand
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: Daniel Scott, 23B5051

Prisoner ID #: 23B5051

Place of detention: Fishkill Correctional Facility

Address: Box # 1245
Beacon, NY, 12508

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

None

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: Martuscello, II, Daniel
Name (Last, First)

Commissioner of Corrections
Job Title  1220 Was

State Capital
Work Address  1220 Washington Ave, Bldg #2

Albany        NY        12226-2050
City          State     Zip Code

Defendant No. 2: Burnett Edward
Name (Last, First)

Superintendent
Job Title

2

Work Address: FISHKILL CORRECTIONAL FACILITY BOX#1245

City: BEACON   State: NY   Zip Code: 12508

Defendant No. 3:

Name (Last, First): HEALY MS.

Job Title: MEDICAL DIRECTOR

Work Address: FISHKILL CORRECTIONAL FACILITY BOX#1245

City: BEACON   State: NY   Zip Code: 12508

Defendant No. 4:

Name (Last, First):

Job Title:

Work Address:

City:   State:   Zip Code:

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

THE COMMISSIONER OF CORRECTIONS OVERSEES THE MANAGEMENT OF NY STATE CORRECTIONAL FACILITIES. THE SUPERINTENT OF FISHKILL CORRECTIONAL FACILITY OVERSEES THE MANAGEMENT OF FISHKILL CORRECTIONAL FACILITY.

MS. NEALY OVERSEES THE MANAGEMENT OF THE MEDICAL OPERATIONS AT FISHKILL CORRECTIONAL FACILITY.

PROCEDURES HAVE BEEN PUT IN PLACE FOR THE SAFEGUARDING AND PRESERVATION OF INCARCERATED INDIVIDUALS HEALTH. DEFENDANTS NEGLECTED TO TAKE NECESSARY PRECAUTIONS TO PREVENT INJURY BUT FAILED TO.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

DELIBERATE INDIFFERENCE, IN THAT THE FACILITY HAD THE ABILITY TO TREAT MY INJURY BUT NEGLECTED TO.

### SECOND CLAIM

FAILURE TO PROTECT, IN THAT THE FACILITY HAD THE MEANS TO PROTECT ME FROM HARM/INJURY, IN THAT THEY FAILED TO FIX THE SHOWER DRAIN, TWICE.

### THIRD CLAIM

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

PUNITIVE DAMAGES, COMPENSATORY DAMAGES IN THE AMOUNT OF $750,000. SEVEN HUNDRED FIFTY THOUSAND DOLLARS

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/8/24

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DANIEL SCOTT, 23B5051

                Plaintiff,

      -against-

DANIEL F. MARTUSCELLO, III
EDWARD BURNETT, SUPT.
MS. HEACY, MEDICAL   Defendant(s).
FISHKILL C.F.
-------------------------------------------------------X

**AFFIRMATION OF SERVICE**

_____ CV _____ ( )

I, DANIEL SCOTT, 23B5051 _____ (print or type your name), declare under penalty of perjury that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) _____

whose address is: _____

by _____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 8/8/24

Signature: [signed] Daniel Scott

Address: Fishkill Correctional Facility
Box # 1245
Beacon, NY 12508

City, State & Zip Code

rev. 7/08